■ In the Matter of KAMALA D. HARRIS, Attorney General of State of California, Respondent, v SENECA PROMOTIONS, INC., Respondent. NATIVE WHOLESALE SUPPLY COMPANY, Appellant. [54 NYS3d 912]—Motion for reargument or leave to appeal to the

Court of Appeals denied. Present—Whalen, P.J., Smith, Carni, Lindley and NeMoyer, JJ.